# NEWMAN, SIMPSON & COHEN, LLP
ATTORNEYS AT LAW

THE ARMOUR BUILDING
32 MERCER STREET
HACKENSACK, NEW JERSEY 07601-5608
www.newmansimpson.com

JOHN B. NEWMAN
DANIEL P. SIMPSON
DANIEL J. COHEN
———
JONATHAN L. MATE*
COUNSEL
———
OF COUNSEL:
EDWIN T. BRONDO, JR.**
SUSAN MARRA
———
ASSOCIATES:
DANIEL C. STARK

ALL MEMBERS OF NJ & NY BARS
*ALSO MEMBER FL BAR
**ALSO MEMBER MA BAR

MAIN (201) 487-0200
FAX (201) 487-8570
———
551 MADISON AVENUE
SUITE 1201
NEW YORK, N.Y. 10022
(212) 223-9188
———
DANIEL J. COHEN
Direct Dial: (201) 487-0201
dcohen@newmansimpson.com

February 18, 2020

VIA CM/ECF
Hon. Noel L. Hillman, U.S.D.J.
United States Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   *Holly Deibler v. SanMedica International, LLC*
Civil Action No.: 1:19-cv-20155; Our File No.: 10130

Dear Judge Hillman:

This firm is local counsel for Defendant SanMedica International, LLC in the above referenced matter. Please accept this letter in support of SanMedica's request for permission to submit an over-length reply brief in support of its motion to dismiss. This motion to dismiss involves numerous highly complex issues, including the evaluation of Plaintiff's expert reports submitted as part of her class-action complaint and whether those reports can be considered at this stage, the assessment of various scientific studies concerning SanMedica's SeroVital product and/or related ingredients, the legal sufficiency of Plaintiff's allegations, and issues of Plaintiff's standing to seek injunctive relief, among others.

In order to aptly reply to Plaintiff's 40-page opposition brief and contain all of these legally and scientifically technical arguments, SanMedica requests that it be granted permission to file a reply brief that is 15 pages, in Times New Roman size-12 font. We respectfully submit that a brief of this length will simply allow SanMedica to clearly express all of its necessary arguments without presenting a significant additional burden on the Court. We have conferred with counsel for the Plaintiff, who consents to this request.

As always, we thank the Court for its time and consideration of this request.

So Ordered this ___21st___ day
of ___February___, 20_20_
_Noel L. Hillman_
Hon. **Noel L. Hillman**, USDJ
NUNC PRO TUNC

Respectfully submitted,

NEWMAN, SIMPSON & COHEN, LLP
/s/ *Daniel J. Cohen*
Daniel J. Cohen

DJC:dmc
Enclosure